[No. 42120-8-II.   Division Two.   October 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CATREENA RAI MENDENHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01550-7, Barbara D. Johnson, J., entered May 12, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42154-2-II.   Division Two.   October 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVERT RAUB ANDERSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00101-0, Wm. Thomas McPhee and Gary R. Tabor, JJ., entered May 19, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42174-7-II.   Division Two.   October 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY CLINTON JARVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00080-0, Jay B. Roof, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 42813-0-II.   Division Two.   October 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. E.W., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-8-00594-7, Barbara D. Johnson, J., entered October 31, 2011. *Dismissed* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.